427 A.2d 1184

Commonwealth v. Foreman, Appellant.

Submitted April 12, 1979. Lester G. Nauhaus, Public Defender, for appellant; Robert L. Eberhardt, Assistant District Attorney, for Commonwealth, appellee.

Before CERCONE, P. J., and WIEAND and HOFFMAN, JJ.*

Judgment of sentence affirmed.